IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GWENDOLYN THOMPSON, individually
and on behalf of all those similarly
situated,

           Plaintiff,           Case No. 0:22-cv-60677-KMM

v.

CONSUMER CREDIT CARD RELIEF,
LLC,

           Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Gwendolyn Thompson, hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 60 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Dated: May 24, 2022           Respectfully submitted,

                                        /s/ Avi Kaufman
                                        Avi R. Kaufman (FL Bar no. 84382)
                                        kaufman@kaufmanpa.com
                                        Rachel E. Kaufman (FL Bar no. 87406)
                                        rachel@kaufmanpa.com
                                        KAUFMAN P.A.
                                        237 South Dixie Highway, Floor 4
                                        Coral Gables, FL 33133
                                        Telephone: (305) 469-5881

                                        *Counsel for Plaintiff and the putative classes*