IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GWENDOLYN THOMPSON, individually
and on behalf of all those similarly
situated,

    Plaintiff,    Case No. 0:22-cv-60677-KMM

v.

CONSUMER CREDIT CARD RELIEF,
LLC,

    Defendant.
_____/

## NOTICE OF DISMISSAL

  Plaintiff, Gwendolyn Thompson, hereby notifies the Court of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: June 27, 2022    Respectfully submitted,

             */s/ Avi Kaufman*
            Avi R. Kaufman (FL Bar no. 84382)
            kaufman@kaufmanpa.com
            Rachel E. Kaufman (FL Bar no. 87406)
            rachel@kaufmanpa.com
            KAUFMAN P.A.
            237 South Dixie Highway, Floor 4
            Coral Gables, FL 33133
            Telephone: (305) 469-5881

            *Counsel for Plaintiff and the putative classes*

1